371 U.S. 576 (1963)
STUART ET AL.
v.
WILSON, ATTORNEY GENERAL OF TEXAS, ET AL.
No. 543.
Supreme Court of United States.
Decided January 21, 1963.
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS.
James L. McNees, Jr. for appellants.
Will Wilson, Attorney General of Texas, Sam R. Wilson, Assistant Attorney General, and Tom I. McFarling, Special Assistant Attorney General, for appellees.
PER CURIAM.
The motion to affirm is granted and the judgment is affirmed.